UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1775

STEPHEN K. GILLEY,

             Debtor - Appellant,

     v.

SECURITIES AND EXCHANGE COMMISSION,

             Creditor – Appellee,

GERALD S. SCHAFER,

             Trustee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., Chief District Judge.  (1:13-cv-00916-WO; 12-11443; 12-02066)

Submitted:  December 31, 2014          Decided:  January 14, 2015

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sophia L. Harvey, LIAO HARVEY PC, Winston-Salem, North Carolina, for Appellant.  Anne K. Small, General Counsel, Michael A. Conley, Deputy General Counsel, Jacob H. Stillman, Solicitor, Tracey A. Hardin, Assistant General Counsel, Morgan Bradylyons,

Bankruptcy Counsel, SECURITIES AND EXCHANGE COMMISSION, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen K. Gilley appeals the district court's order affirming the bankruptcy court's order finding that Gilley's disgorgement debt was nondischargeable under 11 U.S.C. § 523(a)(19) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gilley v. Sec. & Exch. Comm'n, No. 1:13-cv-00916-WO; 12-11443; 12-02066 (M.D.N.C. June 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED